484

It is ORDERED that the petition for certification is denied.

158 A.3d 575

AMERICAN MOTORISTS INSURANCE COMPANY, PLAINTIFF–RESPONDENT, v. NORTH PLAINFIELD BOARD OF EDUCATION, DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004680–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

158 A.3d 575

S.M., PLAINTIFF–PETITIONER, v. R.M., DEFENDANT.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000051–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

158 A.3d 575

STATE OF NEW JERSEY IN THE INTEREST OF
E.R., A JUVENILE. (E.R.–PETITIONER)

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004311–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 576

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
GIBRIL BANGURA, DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001156–13 having been submitted to this Court, and the Court having considered the same;